

FILED
CLERK, U.S. DISTRICT COURT

AUG 1 8 2008

CENTRAL DISTRICT OF CALIFORNIA
BY               DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. James Clinton Thypen DEFENDANT(S). | CASE NUMBER 2:08mj 2034-1 <br><br> ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of __Defendant__, IT IS ORDERED that a detention hearing
is set for __Aug 21__, __2008__, at __2:00__ ☐ a.m. / ☒ p.m. before the
Honorable __Eick__, in Courtroom __20__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or
_____ and produced for the hearing.
*(Other custodial officer)*

Dated: __8/18/08__            _____
                              U.S. District Judge/Magistrate Judge

---

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT
CR-66 (10/97)                                                                 Page 1 of 1